UNITED STATES BANKRUPTCY COURT
District of Colorado

In re: Joshua Thomas Cameron-Shinn  
      Debtor(s)

Case No.:25-15462-MER

### ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE AND ADVISEMENT TO DEBTOR IN THE EVENT OF DEFAULT

THIS MATTER comes before the Court on the Debtor's Application to Have the Chapter 7 Filing Fee Waived (the "Application").

**The Application is GRANTED**

However, the Court may order the debtor to pay the fee in the future if developments in administering the bankruptcy case show that the waiver was unwarranted.

DATED: 8/27/2025

BY THE COURT

Kenneth S. Gardner, Clerk

s/ J. Swanson  
Deputy Clerk